# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

140283-4 & (50)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FARMERS INSURANCE EXCHANGE,
       Plaintiff-Appellant/
       Cross-Appellee,

v

       SC: 140283
       COA: 284683
       Wayne CC: 06-619478-CK

ANGELA HENDERSON, Conservator of
EDWARD CARTER, a Legally Incapacitated
Person, and CEDRIC LLOYD BLAIR,
       Defendants,
and

AUTO CLUB INSURANCE ASSOCIATION,
       Defendant-Appellee/
       Cross-Appellant.
_____/

EDWARD CARTER,
       Plaintiff,

v

       SC: 140284
       COA: 284684
       Wayne CC: 06-614939-NF

FARMERS INSURANCE EXCHANGE,
       Defendant-Appellant/
       Cross-Appellee,
and

AUTO CLUB INSURANCE ASSOCIATION,
       Defendant-Appellee/
       Cross-Appellant.
_____/

On order of the Court, the application for leave to appeal the November 17, 2009 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

p0322

_____
Clerk